# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Eric Latroy Harris ) | Case No: CR499-00177-002 |
| ) | USM No: 10216-021 |
| Date of Previous Judgment: March 28, 2000 ) | Shari Miltiades |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___151___ months **is reduced to** ___121 months___ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___31___  Amended Offense Level: ___29___
Criminal History Category: ___II___  Criminal History Category: ___II___
Previous Guideline Range: _121_ to _151_ months  Amended Guideline Range: _120_ to _121_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated March 28, 2000, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 13, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____  For the Southern District of Georgia
(if different from order date)  Printed name and title